IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

EDWIN STOVESAND, INDIVIDUALLY AND )
AS ADMINISTRATOR OF THE ESTATE OF )
MARJORIE L. STOVESAND, DECEASED )
)
)
Plaintiff, )
) Civil Action No. 5:09-cv-00287-JMM
v. )
)
BAYER CORPORATION, BAYER )
HEALTHCARE PHARMACEUTICALS, INC., )
and BAYER HEALTHCARE A.G. )
)
Defendants. )
)

## ORDER

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending transfer of this case to MDL-1928 and that any deadline to file responsive pleadings to the Complaint is EXTENDED until thirty (30) days after the date on which a docket for the above-captioned case is opened in the District Court for the Southern District of Florida.

This ____6____ day of November, 2009.

James M. Moody
United States District Judge

843739-v1